■   In the Matter of DAVID A. C. KAZIM M. et al., Respondents. ABDIEL C., Appellant. In the Matter of DENISE C. KAZIM M. et al., Respondents. ABDIEL C., Appellant.—In two adoption proceedings, the putative father of the children appeals from four orders of the Surrogate's Court, Kings County, all dated September 10, 1976, and made after a hearing, two of which, *inter alia*, dismissed his objections to the respective adoptions and two of which approved the respective adoptions. Orders affirmed, with one bill of costs to respondents. Appellant contends that section 111 of the Domestic Relations Law is unconstitutional insofar as it denies to the putative father of a child born out of wedlock the same rights as to the approval of a proposed adoption as are enjoyed by the child's mother and by the father of a child born in wedlock. That very claim was found to be without merit in *Matter of Malpica-Orsini* (36 NY2d 568, app dsmd *sub nom. Orsini v Blasi,* 423 US 1042). Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.

■   In the Matter of the Arbitration between STANLEY N. FONFA, Respondent, and GIAMBOI BROS., INC. et al., Appellants.—In a proceeding to confirm an arbitration award, in which appellants cross-moved to vacate the award, the appeal is from an order of the Supreme Court, Kings County, entered September 16, 1976, which, *inter alia*, confirmed the award. Order affirmed, with $50 costs and disbursements. The arbitrator did not exceed the scope of his authority by including interest in the award. Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.